**Order entered March 13, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01040-CR
No. 05-19-01041-CR
No. 05-19-01042-CR

**JOE ANGEL RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-17189-R, F18-76663-R, F18-17190-R

### ORDER

Before the Court are appellant's March 6, 2020 motions for extension of time to file his brief in these appeals and to supplement the records. In the latter, appellant asks that we order supplemental clerk's records for each of these cases to include a bill of cost.

Our review shows that bills of cost are in the October 24, 2019 clerk's records for each of the above appeals (pp. 75-76, pp. 64-65, pp. 83-84,

respectively).  Therefore, we **DENY** appellant's motion to supplement the records as moot.

We **GRANT** the motion for extension and **ORDER** the brief received by the Court on March 6, 2020, filed as of the date of this order.

/s/    BILL PEDERSEN, III
JUSTICE